IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BIKRAM SINGH,

      Petitioner,

v.                                         CASE NO.  4:14cv423-MW/CAS

ERIC H. HOLDER, JR.,
et al.,

      Respondents.

_____/

ORDER ACCEPTING
<u>REPORT AND RECOMMENDATION</u>

      This Court has considered, without hearing, the Magistrate's Order and Recommendation, ECF No.4, filed August 27, 2014.  The Petitioner having filed no objection to the Magistrate's recommendation,

      IT IS ORDERED:

      The report and recommendation is **accepted and adopted** as this Court's opinion.  This cause is transferred to the Middle District of Florida,

Jacksonville Division, for all further proceedings. The Clerk shall take all necessary steps to effect the transfer and close the file.

**SO ORDERED on September 25, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
